

Tre Hargett
Secretary of State

Division of Business Services
Department of State
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

# Filing Information

**Name:** LIFE CARE CENTERS OF AMERICA, INC.

## General Information

| | | | |
|---|---|---|---|
| **SOS Control #** | 000018476 | Formation Locale: | TENNESSEE |
| **Filing Type:** | For-profit Corporation - Domestic 01/06/1976 4:30 PM | Date Formed: Fiscal Year Close | 01/06/1976 12 |
| **Status:** | Active | | |
| **Duration Term:** | Perpetual | | |

**Registered Agent Address**
FORREST L PRESTON
3570 KEITH ST NW
CLEVELAND, TN  37312-4309

**Principal Address**
3570 KEITH ST NW
CLEVELAND, TN  37312-4309

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 03/15/2021 | 2020 Annual Report | B0997-7149 |
| 02/24/2020 | 2019 Annual Report | B0823-2251 |
| 06/14/2019 | Assumed Name | B0707-1953 |
| | New Assumed Name Changed  From: No Value  To: Life Care Center of Morristown | |
| 06/14/2019 | Assumed Name | B0707-1956 |
| | New Assumed Name Changed  From: No Value  To: Life Care Center of Tullahoma | |
| 06/14/2019 | Assumed Name | B0707-1957 |
| | New Assumed Name Changed  From: No Value  To: Ridgeview Terrace of Life Care | |
| 06/14/2019 | Assumed Name | B0707-1958 |
| | New Assumed Name Changed  From: No Value  To: Life Care Center of Greeneville | |
| 06/14/2019 | Assumed Name | B0707-1961 |
| | New Assumed Name Changed  From: No Value  To: Life Care Center of Copper Basin | |
| 06/14/2019 | Assumed Name | B0707-1962 |
| | New Assumed Name Changed  From: No Value  To: Life Care Center of Cleveland | |
| 02/20/2019 | 2018 Annual Report | B0657-0555 |
| 11/16/2018 | Assumed Name | B0618-3839 |
| | New Assumed Name Changed  From: No Value  To: Life Care Center of Athens | |
| 03/06/2018 | 2017 Annual Report | B0511-6101 |

EXHIBIT B

# Filing Information

**Name:** **LIFE CARE CENTERS OF AMERICA, INC.**

| Date | Filing | Reference |
|---|---|---|
| 03/08/2017 | 2016 Annual Report | B0359-2612 |
| 03/10/2016 | 2015 Annual Report | B0211-8108 |
| 03/25/2015 | 2014 Annual Report | B0076-1940 |
| 02/27/2014 | 2013 Annual Report | 7291-2656 |
| 03/08/2013 | 2012 Annual Report | 7161-2804 |
| 03/27/2012 | 2011 Annual Report | 7024-0509 |

Principal Address 1 Changed  From: 3570 KEITH ST N W  To: 3570 KEITH ST NW
Principal Postal Code Changed  From: 37312  To: 37312-4309
Principal County Changed  From: No value  To: BRADLEY COUNTY

| Date | Filing | Reference |
|---|---|---|
| 03/23/2011 | 2010 Annual Report | 6859-2101 |
| 03/30/2010 | 2009 Annual Report | 6691-3225 |
| 03/02/2009 | 2008 Annual Report | 6462-1465 |
| 03/18/2008 | 2007 Annual Report | 6252-0781 |
| 03/12/2007 | 2006 Annual Report | 5981-2290 |
| 03/06/2006 | 2005 Annual Report | 5706-2255 |
| 03/22/2005 | 2004 Annual Report | 5439-0624 |
| 04/01/2004 | 2003 Annual Report | 5097-0926 |
| 04/29/2003 | 2002 Annual Report | 4803-0628 |
| 03/21/2002 | 2001 Annual Report | 4454-0406 |
| 02/14/2002 | Articles of Amendment | 4420-2053 |

Registered Agent Physical Address Changed

| Date | Filing | Reference |
|---|---|---|
| 01/29/2001 | 2000 Annual Report | 4106-1229 |
| 02/08/2000 | 1999 Annual Report | 3822-0976 |
| 01/30/1989 | Articles of Amendment | 1136-0317 |

Principal Address Changed

| Date | Filing | Reference |
|---|---|---|
| 02/27/1986 | Administrative Amendment | 596 03436 |

Mail Address Changed

| Date | Filing | Reference |
|---|---|---|
| 01/06/1976 | Initial Filing | BC11P5952 |

| **Active Assumed Names (if any)** | **Date** | **Expires** |
|---|---|---|
| Life Care Center of Cleveland | 06/14/2019 | 06/14/2024 |
| Life Care Center of Copper Basin | 06/14/2019 | 06/14/2024 |
| Life Care Center of Greeneville | 06/14/2019 | 06/14/2024 |
| Ridgeview Terrace of Life Care | 06/14/2019 | 06/14/2024 |
| Life Care Center of Tullahoma | 06/14/2019 | 06/14/2024 |
| Life Care Center of Morristown | 06/14/2019 | 06/14/2024 |
| Life Care Center of Athens | 11/16/2018 | 11/16/2023 |