| From: | Sean M. Sturdivan |
|---|---|
| Sent: | Thursday, January 27, 2022 3:54 PM |
| To: | 'Victoria Arends' |
| Cc: | Jennifer Domenick; Kaitlin Marsh-Blake; 'David Lunceford'; 'Claudia Everhart'; 'Sarah Scott'; 'Lowell Wisner'; 'D'Vante Lewis' |
| Subject: | RE: Page v. Life Care Centers of Grandview - Substitution of Parties Agreement Reached 2149+152 |

Victoria:

This email will confirm our discussions today and that the Parties have agreed to the following stipulation/proposal:

The Parties agree to substitute Life Care Centers of America, Inc. into this case as the Defendant for United Medical Investors and LCCG. In exchange, we will agree that LCCA will not assert the failure to name LCCA in the underlying Charge of Discrimination as a defense and that LCCA is precluded from making any arguments or asserting a defense that United Medical Investors or LCCG is plaintiff's employer.

Thanks!

Sean M. Sturdivan | Partner
Sanders Warren Russell & Scheer LLP
11225 College Boulevard, Suite 450
Overland Park, KS 66210
913-234-6137 -- Direct
913-707-9150 – Cell
913-234-6100 – Main
s.sturdivan@swrsllp.com



FOLLOW US ON


CONFIDENTIALITY NOTICE: Please be advised that this e-mail and any files transmitted with it are confidential attorney-client communication or may otherwise be privileged or confidential and are intended solely for the individual or entity to whom they are addressed. If you are not the intended recipient, please do not read, copy or retransmit this communication but destroy it immediately. Any unauthorized dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, immediately notify the sender by telephone at 913-234-6137 and return the original message to Sean Sturdivan at s.sturdivan@swrsllp.com. Thank you.

The Missouri Bar Chief Disciplinary Counsel recommends all Missouri lawyers to notify all recipients of email that (1) email communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; and (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the email passed through. I am communicating to you via email because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know at once.

